**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BURT BUTLER**                                                                                           **PLAINTIFF**

**V.**                              **CASE NO. 3:15-CV-368-BD**

**CAROLYN W. COLVIN, Acting Commissioner**
**Social Security Administration**                                                               **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed. Judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 6th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE